MARY BEACH MURDOCK v. REA ALLEN MURDOCK.— Motion to dismiss appeal

granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.